# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Edmund G. LaCour Jr.<br>To Call Writer Directly:<br>+ 1 202 879 5077<br>edmund.lacour@kirkland.com | 655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>United States<br>+1 202 879 5000<br>www.kirkland.com | Facsimile:<br>+1 202 879 5200 |

November 27, 2018

**Via Electronic Filing**

Honorable Judge Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

Re: *United States of America v. Reza Zarrab, et al.*, 1:15-cr-00867 (RMB)

Dear Judge Berman:

I hereby respectfully request to withdraw as additional counsel for the defendant Reza Zarrab in the above-captioned case because I will be leaving the firm of Kirkland & Ellis LLP. Attached to this letter is the proposed text of an order to withdraw.

Respectfully submitted,

s/Edmund G. LaCour Jr.
Edmund G. LaCour Jr.

*Counsel for Defendant Reza Zarrab*

cc: Counsel of Record

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> REZA ZARRAB, <br><br> *Defendant*. | No. 1:15-cr-00867 (RMB) |

## ORDER FOR WITHDRAWAL OF EDMUND G. LACOUR JR.

The withdrawal for Edmund G. LaCour Jr. in the above-captioned matter is ordered, as he is leaving the law firm of Kirkland & Ellis LLP.

**IT IS HEREBY ORDERED** that Applicant is withdrawn from the above-captioned case in the United States District Court for the Southern District of New York.

Dated: November 27, 2018

_____
United States District Judge