

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2021

Application granted.

SO ORDERED:
Date: 6/3/2021
Richard M. Berman, U.S.D.J.

**By ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Reza Zarrab et al.*, S6 15 Cr. 867 (RMB)

Dear Judge Berman:

The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of June 4, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____/s/_____
Sidhardha Kamaraju
Assistant United States Attorney
(212) 637-6523

cc: Defense Counsel (by ECF)